No. 94–8710.  GIL v. UNITED STATES; and

No. 94–8754.  GIL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8711.  HARRIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.